UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10-cr-141 |
| | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| DEWAYNE C. KEITH, | : | |
| | : | |

**ORDER GRANTING MOTION TO STAY RULING ON MOTION FOR REDUCTION OF SENTENCE (Doc. 34)**

This case is before the Court on Defendant's motion for a reduction of sentence (Doc. 32) and the United States' motion to stay a decision pending a review of the Defendant's eligibility (Doc. 34). For good cause shown, this Court hereby **STAYS** a ruling on the motion for a reduction of sentence.

Mr. Keith is advised that the Federal Public Defender's office has been appointed to represent him in this matter and that a copy of his motion for a reduction of sentence (Doc. 32) has been forwarded to their office.

**IT IS SO ORDERED.**

Date: 11/7/11

Timothy S. Black
United States District Judge